From: Jeff Chandler TDC no. 673503

Honorable Judge;
William Black

MISC
B-01-010
4-9-01 B-01-97
United States District Court
Southern District of Texas
FILED
APR 10 2001
Michael N. Milby
Clerk of Court

Rit of Habeus Corpus; under due process of the law. Convicted 11-12-93 TDC recieved date 1-9-94 Released 1-6-98 Revoked June 1998 White Warrent 10-98 Released T.D.C. 9-6-01 Indicted Dec 9 1998 on theft charge. I was never arrested and never taken before a Magistrate to be arraigned with in 72 hours, I was recieved 2-20-01 and to this day I've not been in court.

Dec 9th 1998 I was in prison "Can prove it" Bond was set Feb. 2 1999 $5,000.00 cash/surety Served by hand on 2-20-01 the Indictment alledge's on the 25th of April "Jeffery Chandler" committed this crime.

Arrested for indecent exposure; Violated Parole and sent back to TDC in June. 1998 White Warrent 10-98 Released T.D.C.J. 9-6-01

The Records should show that I was never arrested or arraigned for this charge and also that I was a prisoner in T.D.C.J. Mind you I've been incarcerated 43 day and still have not been arraigned.

I have documents to prove my claim!

Thank You
Jeff Chandler
TDC # 673503