3

United States District Court
Southern District of Texas
FILED

JUN 1 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| *JEFF CHANDLER,* § | |
| Petitioner, § | *B-01-97* |
| § | |
| *V.* § | MISCELLANEOUS NO. B-01-010 |
| § | |
| *GARY L. JOHNSON, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF CRIMINAL* § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

## RESPONDENT JOHNSON'S MOTION TO APPEAR *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Michael J. Barron, attorney for Gary L. Johnson, Respondent, in the above-referenced cause, and files this Respondent Johnson's Motion to Appear *Pro Hac Vice*, and would respectfully show the court the following:

The undersigned is an attorney with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas and has been assigned to represent the Respondent in this cause. The undersigned has been licensed to practice in the State of Texas since May 3, 2000, and is a member in good standing of the State Bar of Texas. The undersigned began employment with this Division on August 21, 2000, and has applied for admission to practice before this court. The undersigned has read and agrees to be bound by the local rules of this court.

For the foregoing reasons, the undersigned respectfully requests that Respondent Johnson's Motion to Appear *Pro Hac Vice* be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division


_____
MICHAEL J. BARRON*

*Lead Counsel                    Assistant Attorney General
State Bar No. 24025238

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Fax No. (512) 936-1280


ATTORNEYS FOR RESPONDENT


## NOTICE OF SUBMISSION

To: Jeff Chandler, Petitioner, you are hereby notified that the undersigned attorney will bring
the foregoing Motion before the Court as soon as the business of the Court will permit.


_____
MICHAEL J. BARRON
Assistant Attorney General


## CERTIFICATE OF CONFERENCE

I, Michael J. Barron, Assistant Attorney General of Texas, do hereby certify that a conference
is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice,
Institutional Division, and is proceeding *pro se* in this cause.  Respondent assumes that Petitioner will
oppose this motion.


_____
MICHAEL J. BARRON
Assistant Attorney General


2

## CERTIFICATE OF SERVICE

I, Michael J. Barron, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion to Appear *Pro Hac Vice* has been served by placing it in the United States Mail, postage prepaid, on this the 6th day of June, 2001, addressed to:

Jeff Chandler
Cameron County Jail
954 East Harrison
Brownsville, Texas 78520

MICHAEL J. BARRON
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JEFF CHANDLER,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | MISCELLANEOUS NO. B-01-010 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**ORDER**

On this day came before the Court for consideration Respondent Johnson's Motion to Appear *Pro Hac Vice* and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent's Motion is hereby GRANTED, and Michael J. Barron is allowed to appear *Pro Hac Vice* in this cause of action for Respondent.

SIGNED this _____ day of _____, 2001.


_____
JUDGE PRESIDING