#5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JEFF CHANDLER, § | |
| Petitioner, § | |
| § | |
| V. § | ~~MISCELLANEOUS NO. B-01-010~~ |
| § | C.A. B-01-097 |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

On this day came before the Court for consideration Respondent Johnson's Motion to Appear *Pro Hac Vice* (DOCKET NO 3) and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent's Motion is hereby GRANTED, and Michael J. Barron is allowed to appear *Pro Hac Vice* in this cause of action for Respondent.

SIGNED this 14th day of June, 2001.

_____
JUDGE PRESIDING