B6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JEFF CHANDLER,
          Petitioner,

V.

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,
          Respondent.

~~MISCELLANEOUS NO. B-01-010~~
C.A. B-01-097

## ORDER

CAME ON this day for consideration Respondent Johnson's Motion for More Definite Statement (DOCKET NO 4), and the Court having considered said motion is of the opinion that it has merit and should be GRANTED.

The Court finds and confirms that Chandler has failed to provide sufficient facts to put the Director on notice of the true nature of his federal habeas claims. As such, Chandler is ordered to provide this Court with a more definite statement.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED and DECREED that Respondent's Motion for More Definite Statement be, and is hereby GRANTED.

Chandler is HEREBY GRANTED leave of Court to amend his petition and is ORDERED to do so by supplying this Court with a more definite statement under Rule 12(e), Federal Rules of Civil Procedure. Chandler shall accomplish this by either repleading his complaint or amending his complaint with a more definite statement and filing such answer with the Court and serving opposing counsel with a copy thereof. Chandler is ORDERED to do so within thirty days from the entry of this order.

It is FURTHER ORDERED that upon receipt of Chandler's more definite statement, the Director shall have thirty days within which to file a responsive pleading. Chandler is warned that a failure to provide the Court with a more definite statement may result in his pleadings being stricken or other sanctions by this Court.

SIGNED on this the 14TH day of June, 2001.

_____
JUDGE PRESIDING