Jeff C. Chandler #18447
Cause # 98-CR-1516&
Petitioner

State of Texas

C.A. B-01-097
Miscellaneous # B-01-007

United States District Court
Southern District of Texas
RECEIVED

JUL 17 2001
Mail 10:52 AM LA
Michael N. Milby, Clerk

6-29-01

Writ of Habeas Corpus

Petitioner Jeff C. Chandler Rights were violated under due Process of the law. With brief In support failure to take accused before magistrate as contemplated by CCP Art 217. Never given bond or taken before a Judge for a bond. Petitioner was Incarcerated in the Texas department of criminal justice institutional division at the time that the petitioner was suppose taken for a arraignment, & at the time that petitioner was Incarcerated, & a forfeiture of bail was declared on March 02, 1999 & no bond was declared. Petitioner was never arrested on this charge. But was sent to prison on a Violation of parole for the charge by "Rene Lopez" parole officer was released from prison 9-6-2000, on 2-20-2001 I was arrested for the forfeiture of bail and take to Cameron County Jail. Never taken before a Judge for over 92 days or mo with no bond, I was never Informed that I h been indicted on this case # 98-CR-1516 back on 09-1998 or given bond, or Arraiged USCA-18 Criminal # 9(1 Under Rule 9(1) the officer executing the warrent sha bring the arrested person promptly before the court or, for the purpose of admission to bail USCA § 18 Crimin R. # 10.1 Under rule is intended to be a Safe guard for due process and it is only when failure to observe th safeguard amounts to denial of due process. This rule and rule 11 of those rules designed not only to safeguard important rights of defendent but their observance serves

also to protect proper administration of Criminal Law Gundlach. V. U.S. C.A. N.C. 1958, 262 F.2D 72, Manifest purpose of this rule requiring a arresting officer to take a arrested person before a magistrate without unnecessary Delay to make sure that an accused person is fully advise of all his constitutional rights by a judicial officer, not an enforcing officer before she makes any Incriminating statement. Coyote V. U.S. C.A. N.M. 1967 380 F.2D 305, The plea of nolo Contendere was a incriminating statement or plea. In conculsion petitioner ask because petitioner was reasonly released from prison he no longer has constitutional rights for due process of the law. arrest me on a failure to appear in court and not take me before a Magistrate for a bond or a Judge to be arraign? Petitioner request relief in this matter petitioners rights of due process and constitutional rights as will have been violated petitioner request that case be dismissed. Petitioner also request that time crea from Oct. 13-1998 g be given to petitioner for he was sent back to prison for this charge, Oct 13, 1998 to Sept. 6-2000 An should have been brought back on bench warrant to stand for charges because petitioner was indicted on Dec. 9, 1998, The state of Texas had more than enough time to bring me back on these charges OR advise me of this charges, Texas I.D. has a addre where to advise me of such charge For the foregoing reasons, undersigned respectfully requests that the petitioner Jeff C Chandler's writ of Habeas Corpus be granted

Respectfully Submitted

```
         DATE 12/30/98                  RE OPOS C                    TIME 11:09:41
  C.I.D: 00673503 NAME: CHANDLER, JEFF                              UNIT GARZA WEST
   NT. BEGIN DATE 11/12/1993  TDC RECEIVE DATE 07/09/1994
  MATE STATUS LINE CLASS I              W           LAST PCR REQUEST 12/30/98

       SENT. OF RECORD         00010 YRS 00 MOS 00 DAYS    MAND SUPV  PAROLE
       FLAT TIME SERVED        00004 YRS 04 MOS 12 DAYS    043  %     043  %
       GOOD TIME EARNED        00000 YRS 01 MOS 20 DAYS    001  %     001  %
       WORK TIME EARNED        00000 YRS 01 MOS 08 DAYS    001  %     001  %

       MAND SUPV TIME CREDITS  00004 YRS 07 MOS 10 DAYS    045  %
       PAROLE TIME CREDITS     00004 YRS 07 MOS 10 DAYS               045  %
       DISCHARGE DATE WITH COMMUTATION AND TRUSTY TIME 06/26/2001

    IL GOOD TIME REC'D YES           NUMBER OF DETAINERS 00
    OD TIME LOST 00000 DAYS          WORK TIME LOST 00000 DAYS
    ROLE STATUS    BPP DATE                            TDC CALC DATE 10/13/
```

*In Prison From 10-15-98*

```
    ANDATORY SUPERVISION PROSPECT
       QUEST _____  1-12-93
        CT RECORT
```

---

B-218

T.D.C.J.
Date 07/03/00

Institutional Division
Records Office   Time 13:36:30
Unit Beto

T.D.C.J. ID: 00673503 Name: Chandler, Jeff
ent. Begin Date 11/12/1993 TDC Receive Date 07/09/1994
Inmate Status State Approved Trusty Class II W  Last PCR Request 07/03/00

Sent of Record      00010 YRS 00 MOS 00 Days  Mand Supv  Parole
Flat time served    00006 YRS 00 MOS 25 Days  060 %   060 %
Good time served    00001 YRS 07 MOS 12 Days  016 %   016 %
Work time served    00000 YRS 11 MOS 13 Days  009 %   009 %
Mand supv Time Credits  00008 yrs 07 mos 20 Days  085 %
Parole time Credits     00008 yrs 07 mos 20 Days  O      085 %
Discharge Date with commutation & trusty time 1/18/2001
Jail Good Time Rec'd Yes     * Number of Detainers 00
Good time Lost 00000 Days     Work Time Lost 0000 Days
Parole Status BPP Date                 TDC CALC Date 08/04/94

over

I Have original of this Copy the Copy Did Not come out Clear so I wrote this One. I Have the original In My Property.

# C A P I A S

| | | |
|---|---|---|
| THE STATE OF TEXAS | NO. 98-CR-00001516-A | IN THE DISTRICT COURT |
| VS. | | OF CAMERON COUNTY, TEXAS |
| JEFFERY CHANDLER | | 107TH JUDICIAL DISTRICT |
| (ID#018447) (DOB: 10/16/61) | | |

TO ANY PEACE OFFICER OF THE STATE OF TEXAS __ GREETING:

YOU ARE HEREBY COMMANDED TO ARREST: JEFFERY CHANDLER _____ and him safely keep, so that you have him before the Honorable 107TH District Court of Cameron County, Texas, at the Courthouse in Brownsville, Texas, then and there to answer to the State of Texas upon a charge pending in said Court, charging him with a felony, to-wit:

T H E F T ENHANCEMENT _____

_____ and in which cause:

✗ A forfeiture of bail was declared for failure of Defendant to appear on FEBRUARY 26, 1999 _____

and such forfeiture of bail has not been set aside.

HEREIN FAIL NOT, but make due return hereof to this Court instanter.

WITNESS my hand and seal of office at Brownsville, Texas on

✗ MARCH 02, 1999 _____ .

Bond required
in the sum of:

NO BOND _____

AURORA DE LA GARZA
Clerk, District Courts in and for
Cameron County, Texas

By: _____ Deputy

========================================================================

OFFICER'S RETURN

Came to hand on _____ and executed on

2-20-01 _____ by placing the Defendant

Jeff Chandler                              in jail, by releasing

NO. 98-CR-00001516-A

| THE STATE OF TEXAS | CAMERON COUNTY, |
| VS. | TEXAS |
| JEFFERY CHANDLER (ID#018447) (DOB: 10/16/61) | 107TH JUDICIAL DISTRICT |

THE STATE OF TEXAS

TO THE SHERIFF OF CAMERON COUNTY, TEXAS, GREETING:

YOU ARE HEREBY COMMANDED to forthwith deliver to

JEFFERY CHANDLER

now in your custody, the accompanying certified copy of the indictment in Cause No. 98-CR-00001516-A, THE STATE OF TEXAS VS. JEFFERY CHANDLER _____ now pending in the 107TH District Court of Cameron County, Texas, and to make due return of this writ without delay.

Issued and given under my hand and seal of office this FEBRUARY 02, 1999.

AURORA DE LA GARZA
Clerk of the District Courts of
Cameron County, Texas

BOND: $25,000.00 CASH/SURETY

By: _____ Deputy

=================================================================

OFFICER'S RETURN

Came to hand on _____ at ____ _____ .M., and executed on  2-20-01  by delivering to within named defendant  Jeff Chandler , in person, a certified copy of indictment as directed by this writ.

Returned on _____

Conrado Cantu  Sheriff/Constable