8

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JEFF CHANDLER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-097 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION | § | |

O R D E R

Petitioner, Jeff Chandler, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by November 1, 2001.

DONE at Brownsville, Texas, this 30th day of August, 2001.

John Wm. Black
United States Magistrate Judge