MAIL

Filed (10)

4:40 PM LA
Michael N. Milby, Clerk

To: Honorable Michael Milby, Clerk

B-01-97

Sir, Enclosed is a copy of the letter I sent to the attorney of record that represented me in the cause # 98-CR-1516A. Honorable Pete Gilman.

Thank You Sincerely,

Jeffery Lind #1046255

Also on page 3 section IV(3) Petitioners Allegations. I never stated that I was (3) never indicted in cause number 98-CR-1516A. Here again the court will not be considering fraudulent information from the Attorney General to render its ruling in this matter.

To Honorable Pete Gilman

Sir,

I need verification that I did in Fact file a writ of habeas Corpus in Cause no# 98-CR-1516H which you were the Attorney of Record that Represented me in the cause. I Realize you deal with various cases, and some time Has pasted since then. To refresh your Memory, I had filed the writ Pro se and it was in court at your request that the writ was not ruled upon. Please be advised that I am not attempting to challenge your professionalism only need verification that the writ was In fact Filed. Please Respond in the matter A.S.A.P. In Writing Please! Thank You Sincerely

Jeffery Chandler