United States District Court
Southern District of Texas
RECEIVED   FILED

MAIL

SEP 12 2001
12:51 PM LA
Michael N. Milby, Clerk

To: Honorable Michael, Milby, Clerk

C A B - 01 - 97

Sir, ON the respondent Cockrell's Motion to Dismiss for failure to Exhaust State Court Remedies with Bill in Support. On page two, Foot Note #(2) two, "The Director Contacted the Cameron County District Clerk's office on August 28, 2001 and learned that they have ~~record~~ No record of Chandler filing an application for state ~~writ~~ writ of Habeas Corpus, Additionally the Clerk's office of the Texas Court of Appeals indicates that they have No Record of Any Application for writ of habeas Corpus under Cause # 98CR-1516A Exhibit B." But When In Fact A Writ of habeas Corpus was Filed on ~~the~~ April of 2001 to the District County Clerk office (3) three copies were sent to the county Clerk's office. The Writ were In the 107th District Courts. It Can be verified by the court Reporters records from the court proceeding in Cause No. 98-CR-1516A ~~and Petit or Court Date~~ ~~April 30 2001 And Trial Date~~ Petitioner At this time Request the Honorable Court To Subpoena Such Records of Such

Proceedings so that the court will not
be considering Fraudulent Information From
The Attorney General to Render it's
Ruling in this Matter

Sincerly
Tiffery Chandler
Tiffery Chandler

T.D.C.J# 1046299