# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JEFF CHANDLER § | |
| Petitioner, § | |
| § | |
| VS. § | |
| § | |
| § | CIVIL ACTION NO. B-01-097 |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION | |
| Respondent. | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 17, 2001 should be **ADOPTED**.

IT IS **ORDERED** that Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies (Docket No. 9) be **GRANTED**. IT IS further **ORDERED** that this case be **DISMISSED** in its entirety.

DONE in Brownsville, Texas, on this 1st day of November, 2001.

Filemon B. Vela
United States District Court Judge